```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

    v.                    NO. 2:09cr20034-RTD-1

DONNELL LE-RON ALSTON                                   DEFENDANT

**O R D E R**

Now on this 29th day of September 2009, there comes on for consideration the Report and Recommendation ("R & R") filed herein on September 28, 2009 by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 29). During a hearing before the District Court on September 28, 2009, counsel in this matter as well as Defendant, Donnell Le-Ron Alston, informed the Court that they had reviewed the R & R. The United States of America informed the Court it had no objections to the R & R. Defendant, while objecting to the ultimate outcome of the R & R, had no specific objections thereto, and defense counsel relayed to the Court that he had no arguments beyond those presented to Judge Marschewski.

The Court has reviewed Defendant's motions, the R & R, and the transcript of the hearing on these motions. The Court, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress Evidence and Statement (doc. 15) and Amended Motion to Suppress Evidence and Statement (doc. 18) are **DENIED.**

IT IS SO ORDERED.

                                                    <u>*/s/ Robert T. Dawson*</u>
                                                    Honorable Robert T. Dawson
                                                    United States District Judge